

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00191-CV

**IN THE ESTATE OF RICHARD B. COLVIN**, Deceased

From the County Court at Law, Kerr County, Texas
Trial Court No. CCL23-005
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because the motion to dismiss does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED May 14, 2025.

_____
Lori Massey Brissette, Justice